**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| H&R BLOCK TAX SERVICES LLC, <br> a Missouri limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> LUTGARDO ACEVEDO-LÓPEZ, <br> a citizen of Puerto Rico, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 12-1320-SOW |

**MOTION OF PLAINTIFF H&R BLOCK TAX SERVICES LLC
FOR A PRELIMINARY INJUNCTION**

Pursuant to Rule 65 of the Federal Rules of Procedure, Plaintiff H&R Block Tax Services LLC ("Block") moves for a preliminary injunction ordering Defendant Lutgardo Acevedo López ("Acevedo"), and all those in active concert or participation with him, (1) to immediately cease use of and deliver to Block its client lists, client records and other materials that Acevedo has wrongfully retained following the termination of his franchise agreement with Block, and (2) to refrain from operating any tax return preparation business within 25 miles of his formerly franchised locations, in compliance with the post-termination covenant against competition to which he agreed. In support of this motion, Block incorporates by reference its Memorandum of Law in Support filed contemporaneously herewith.

WHEREFORE, Block respectfully requests that the Court issue a preliminary injunction pursuant to the motion submitted herewith. Block further requests that the Court set an expedited briefing schedule related to this motion.

Respectfully submitted,


 /s/ David M. Kight
David M. Kight (Missouri Bar #52260)
Lara Krigel Pabst (Missouri Bar #62208)
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
Email: dkight@spencerfane.com
 lpabst@spencerfane.com

Peter J. Klarfeld
*(Pro Hac Vice Forthcoming)*
Iris Figueroa Rosario
*(Pro Hac Vice Forthcoming)*
GRAY, PLANT, MOOTY, MOOTY
 & BENNETT, P.A.
600 New Hampshire Avenue, NW
Suite 700 – The Watergate
Washington, D.C. 20037
Telephone: (202) 295-2200
Facsimile: (202) 295-2250
Email: peter.klarfeld@gpmlaw.com
 iris.rosario@gpmlaw.com

Dated: November 7, 2012

*Counsel for Plaintiff
 H&R Block Tax Services LLC*

2

WA 3854103.1