**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| H&R BLOCK TAX SERVICES LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12-1320-SOW |
| | ) | |
| *v.* | ) | |
| | ) | |
| LUTGARDO ACEVEDO-LÓPEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL

Casey P. Murray, pursuant to Local Rule 83.5(o), hereby gives notice of his withdrawal and the withdrawal of the firm Spencer Fane Britt & Browne LLP as counsel for H&R Block Tax Services, LLC ("H&R Block"). David M. Kight of Jackson Lewis and Peter J. Klarfeld and Iris Firguroa Rosario of Gray, Plant, Mooty, Mooty & Bennett, P.A. will continue to represent H&R Block in his case.

SPENCER FANE BRITT & BROWNE LLP

/s/ Casey P. Murray
Casey P. Murray (Missouri Bar #58741)
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
Email: cmurray@spencerfane.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document was filed electronically with the above-captioned court and sent via email to the counsel below on February 27, 2014.:

| | |
|---|---|
| John J. Miller | Marie E. López Adams |
| Swanson Midgley, LLC | Gonzalez López & López Adams Law Firm |
| 4600 Madison, Suite 1100 | #1126 Ashford Ave., Suite C-10 |
| Kansas City, MO 64112 | The Diplomat Condominium |
| jmiller@swansonmidgley.com | San Juan, PR 00907 |
| Attorney for Defendant | E-mail: bufete@gllalaw.com |
| | Attorney for Defendant |

/s/ Casey P. Murray