UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
_____WESTERN_____ DIVISION

Lutgardo Acevedo,-Lopez
Petitioner/Plaintiff/Movant,

vs.

Case No. 12-1320-CV-W-SOW

H&R Block Tax, Services LLC
Respondent/Defendants.

NOTICE OF APPEAL

Notice is hereby given that Lutgardo Acevedo Lopez, (Petitioner/Plaintiff/Movant) in the above named case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the final Judgment entered in this action on the __1st__ day of __October__ (month), __2014__ (year).

_____
Signature
(Petitioner/Plaintiff/Movant)