IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

**H&R BLOCK TAX SERVICES, LLC,**

      Plaintiff,

v.                               Case No. 12-CV1320-CV-W-FJG

**LUTGARDO ACEVEDO-LOPEZ,**

      Defendant.

## MOTION BY SWANSON MIDGLEY, LLC FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT, WITH SUGGESTIONS IN SUPPORT

Pursuant to Local Rule 83.5, Swanson Midgley, LLC ("Swanson Midgley"), and the undersigned move for leave to withdraw as local counsel for Defendant in this action. In support of the Motion, Swanson Midgley states:

1. Final judgment has been entered in this action, and a pro se notice of appeal has been filed by Defendant, as well as a pro se motion to stay, without consultation with, or assistance from, Swanson Midgley or the undersigned, indicating Defendant's intention to proceed on a pro se basis in this matter, without assistance of counsel.

2. As Defendant states in his motion, Defendant presently is incarcerated in Puerto Rico, and Swanson Midgley has only been able to communicate with Defendant by sending letters to Defendant during his incarceration. Defendant has not contacted Swanson Midgley by phone call or letter during his incarceration.

3. Defendant has not paid all fees and expenses owed to Swanson Midgley, which fees and expenses are substantially past due.

4. Swanson Midgley previously has advised Defendant that the past-due fees and expenses must be paid if Swanson Midgley was to continue its representation of Defendant.

5. A copy of this motion is being sent to Defendant by regular and certified mail, return receipt requested, and Defendant is advised herein and by cover letter that any objection to this motion must be filed with the Court no later than November 20, 2014.

6. Swanson Midgley will continue to provide copies of any filings in this action to Defendant, but given Defendant's pro se filings, the lack of contact with Defendant, and the inability to consult with Defendant, Swanson Midgley does not anticipate further action on Defendant's behalf in this action unless directed to do so by the Court.

7. Defendant's mailing address is:

Lutgardo Acevedo-Lopez
MDC Guaynabo
Metropolitan Detention Center
P.O. Box 2005
Catano, PR  00963

WHEREFORE, Swanson Midgley, LLC ("Swanson Midgley"), and the undersigned move for leave to withdraw as counsel for Defendant in this action.

/s/ John J. Miller

_____
John J. Miller, MO Bar #32215
Swanson Midgley, LLC
Plaza West Building
4600 Madison Avenue, Suite 1100
Kansas City, MO 64112-3043
Phone: 816-842-6100
Fax:    816-842-0013
E-mail:jmiller@swansonmidgley.com
Attorneys for Defendant

-And-

Marie E. López Adames
USDCPR 208212
GONZALEZ LOPEZ & LOPEZ ADAMES
#1126 Ashford Ave. Suite C-10
The Diplomat Condominium
San Juan PR 00907
Phone:  787-724-821
Fax:  787-722-8289
Email:  bufete@gllalaw.com

## Certificate of Service

I hereby certify that on November 3, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to:

David M. Kight
Casey Murray
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106

and

Iris Figueroa Rosario
Peter J Klarfeld
Gray, Plant, Mooty, Mooty and Bennett, PA
600 New Hampshire Avenue N.W.
The Watergate - Suite 700
Washington, DC 20037

/s/ John J. Miller_____
Attorney for Defendant

3