U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOTICE OF APPEAL SUPPLEMENT
# MISSOURI WESTERN DISTRICT - **KANSAS CITY**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of the case).

| | |
|---|---|
| Case Caption: H&R Block Tax Services LLC v. Acevedo-Lopez | Case No. 12-cv-01320-FJG |
| Appellant: **Lutgardo Acevedo-Lopez** | Appellee: **H&R Block Tax Services LLC** |
| Appellant's Attorney(s): | Appellee's Attorney(s): |
| **Lutgardo Acevedo-Lopez**<br>Buzon 2012<br>Avenida Albizu Campos<br>Aguadilla, PR 00603<br>(787) 997-5092<br>Email: lutgardo1@lutgardocpa.com | **Casey P. Murray**<br>Spencer, Fane, Britt & Browne LLP-KCMO<br>1000 Walnut Street<br>Suite 1400<br>Kansas City, MO 64106-2140<br>(816) 292-8133<br>Fax: (816) 474-3216<br>Email: cmurray@spencerfane.com |
| Court Reporter(s):<br><br>None | Please return files and documents to:<br>**United States District Court**<br>**400 East 9th Street, Room 1510**<br>**Kansas City, MO  64106**<br><br>Contact Person for Appeal:<br>**Willie Crespo**  816-512-5068 |

| | | | |
|---|---|---|---|
| Length of Trial: 0 | Fee: $505 | IFP: No | Pending IFP Motion: No |
| Counsel:<br>Pro Se | Pending Motions?<br>No | Local Interest? **No** | Simultaneous Release? **No** |

**Special Comments:**