# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| H&R BLOCK TAX SERVICES LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| LUTGARDO ACEVEDO-LOPEZ, | ) ) Case No. 4:12-cv-01320-FJG |
| Defendant. | ) ) ) ) ) |

## MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW David M. Kight, with the consent of Plaintiff H&R Block Tax Services LLC (herein "Plaintiff"), and moves this Court for permission to withdraw as the attorney for Plaintiff in this proceeding. Plaintiff will continue to be represented by Peter J. Klarfeld and Iris Figueroa Rosario of Gray, Plant, Mooty, Mooty and Bennett, PA. Plaintiff will also be represented by Brian J. Christensen, who enters his appearance concurrently herewith.

/s/ David M. Kight
David M. Kight, MO Bar # 52260

COMES NOW Brian J. Christensen and enters his appearance on behalf of the Plaintiff in this proceeding.

By: /s/ Brian J. Christensen
Brian J. Christensen, MO Bar # 53497
JACKSON LEWIS, P.C.
7101 College Blvd., Suite 1150
Overland Park, KS 66210
Telephone: (913) 981-1018
Facsimile: (913) 981-1019
Brian.Christensen@jacksonlewis.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of January, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent a copy via U.S. mail, postage prepaid, to the following:

Lutgardo Acevedo-Lopez
MDC Guaynabo Metropolitan Detention Center
P.O. Box 2005
Catano, Puerto Rico 00963

*Pro Se Defendant*

                                                /s/ David M. Kight
                                                David M. Kight
                                                *Attorney for Plaintiff*